UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD MALONE )<br>  Petitioner, )<br> )<br>v. )<br> )<br>KATHLEEN M. DENNEHY )<br>  Respondent. )<br> ) | Civil Action No. 03-10698-JLT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Kathleen M. Dennehy, Commissioner of the Massachusetts Department of Corrections, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*/s/ Eva M. Badway*
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: March 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Mr. Derege B. Demissie, *Esq.* Demissie & Associates, 929 Massachusetts Avenue, Suite 01, Cambridge, Massachusetts 02139.

*/s/ Eva M. Badway*
Eva M. Badway
