UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD MALONE<br>      Petitioner,<br><br>v.<br><br>KATHLEEN M. DENNEHY<br>      Respondent. | Civil Action No. 03-10698-JLT |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Kathleen M. Dennehy, Commissioner of the Massachusetts Department of Corrections, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_/s/ Eva M. Badway_
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: March 19, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Mr. Derege B. Demissie, Esq. Demissie & Associates, 929 Massachusetts Avenue, Suite 01, Cambridge, Massachusetts 02139.

_/s/ Eva M. Badway_
Eva M. Badway