UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD MALONE )<br>      Petitioner, )<br>)<br>v. )<br>)<br>KATHLEEN M. DENNEHY )<br>      Respondent. )<br>) | Civil Action No.04-10283-RWZ |

### UNOPPOSED MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Kathleen M. Dennehy, the Commissioner of the Massachusetts Department of Corrections, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to establish June 28, 2004 as the date for the petitioner's counsel to file a Memorandum of Law in Support of the Petition for Habeas Corpus and July 30, 2004 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set June 28, 2004 as the day the Petitioner must file a Memorandum of Law in Support of his Petition for Habeas Corpus and July 30, 2004 as the day that the Respondent must file a Memorandum of Law in Opposition thereto.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*[signature: Eva M. Badway]*

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 4, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2004, I caused a copy of the above <u>Motion for a Scheduling Order</u> to be served by first-class mail, postage prepaid, upon Mr. Derege B. Demissie, *Esq.* Demissie & Associates, 929 Massachusetts Avenue, Suite 01, Cambridge, Massachusetts 02139.

*[signature: Eva M. Badway]*

Eva M. Badway

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Eva M. Badway, hereby certify that I have complied with Local Rule 7.1 by telephone conference with petitioner's counsel, Mr. Derege B. Demissie, *Esq.* Demissie & Associates, 929 Massachusetts Avenue, Suite 01, Cambridge, Massachusetts 02139 on May 3, 2004, and we have agreed to the above-mentioned dates.

*[signature: Eva M. Badway]*

Eva M. Badway