UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD MALONE
        Petitioner

CIVIL ACTION

V.

NO. 04CV10283-RWZ

KATHLEEN M. DENNEHY
        Respondent

ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum of Decision dated 3/14/07 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

3/14/07
Date

Deputy Clerk