IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD MALONE, | ) |
| Petitioner, | ) |
| vs. | ) No. 04-10283-RWZ |
| KATHLEEN M. DENNEHY | ) |
| Respondent | ) |

PETITIONER'S NOTICE OF APPEAL

Notice is hereby given that, Gerald Malone, the Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the denial of his Petition for Habeas Corpus and final judgment entered in this action on the 14th day of March 2007.

Respectfully submitted
Gerald Malone
By his attorney

/s/ *Derege B. Demissie*
Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
(617) 354-3944

April 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served via electronic notice on the attorney of record for the Respondent on the 12th day of April 2007.

/s/ *Derege B. Demissie*
Derege B. Demissie