APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10283-RWZ

Malone v. Dennehy  
Assigned to: Judge Rya W. Zobel  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/11/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Gerald Malone**   represented by   **Derege B. Demissie**
Demissie & Associates
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
617-354-3944
Fax: 617-354-0985
Email: Demissie.law@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Kathleen M. Dennehy**   represented by   **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 53738, filed by Gerald Malone.(Johnson, Jay) (Entered: 02/13/2004) |
| 02/11/2004 | 2 | MEMORANDUM OF LAW by Gerald Malone to 1 Petition for writ of habeas corpus (28:2254). (Johnson, Jay) (Entered: 02/13/2004) |
| 02/11/2004 | 3 | MEMORANDUM OF LAW by Gerald Malone to 1 Petition for writ of |

| | | |
|---|---|---|
| | | habeas corpus (28:2254). (Johnson, Jay) (Entered: 03/03/2004) |
| 02/12/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 02/12/2004) |
| 02/26/2004 | | Judge Rya W. Zobel : ORDER entered re 1 Petition for writ of habeas corpus (28:2254) filed by Gerald Malone. Responsive pleadings shall be filed by 3/10/04.(Urso, Lisa) (Entered: 02/27/2004) |
| 03/19/2004 | 4 | MOTION for Order requiring the petitioner to comply w/rule 2(C) of the rules governing section 2254 cases in USDC and for extension of time to file responsive pleading by Kathleen M. Dennehy.(Johnson, Jay) (Entered: 03/23/2004) |
| 03/19/2004 | 5 | NOTICE of Appearance by Eva M. Badway on behalf of Kathleen M. Dennehy (Johnson, Jay) (Entered: 03/23/2004) |
| 04/14/2004 | | Judge Rya W. Zobel : Electronic ORDER entered denying 4 Motion for Order. "The motion requiring plaintiff to file his petition on the prescribed form is denied as the petition is in substantially the form required. Respondent shall file his answer w/in 20 days of the date of this ruling". (Johnson, Jay) (Entered: 04/14/2004) |
| 05/04/2004 | 6 | Unopposed MOTION for Order to scheduling order by Kathleen M. Dennehy, filed. (Petitioner's memo by 6/28/04; respondent's opposition by 7/30/04)(Flaherty, Elaine) (Entered: 05/05/2004) |
| 05/04/2004 | 7 | ANSWER to Complaint by Kathleen M. Dennehy.(Flaherty, Elaine) (Entered: 05/05/2004) |
| 05/04/2004 | 8 | Supplemental ANSWER to Complaint by Kathleen M. Dennehy. (Flaherty, Elaine) (Entered: 05/05/2004) |
| 05/04/2004 | 9 | Copies of STATE COURT TRANSCRIPTS of Proceedings held on 11/30/00 and 12/1/00 before STATE COURT Judge Gerald F. O'Neill, Jr.. Court Reporter: Linda Kelly. (two volumes) (Flaherty, Elaine) (Entered: 05/05/2004) |
| 05/07/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 6 Motion for scheduling Order; Petitioner's memo of law by 6/28/04; respondent's memo and opposition by 7/30/04. (Urso, Lisa) (Entered: 05/10/2004) |
| 06/28/2004 | 10 | MEMORANDUM OF LAW by Gerald Malone to 1 Petition for writ of habeas corpus (28:2254). (Johnson, Jay) (Entered: 06/29/2004) |
| 07/27/2004 | 11 | MEMORANDUM OF LAW in opposition by Kathleen M. Dennehy to 1 Petition for writ of habeas corpus (28:2254). (Urso, Lisa) (Entered: 07/28/2004) |
| 03/14/2007 | 12 | Judge Rya W. Zobel : ORDER entered. Memorandum of Decision; Accordingly, his petition for writ of habeas corpus (#1) is DENIED. (Urso, Lisa) (Entered: 03/14/2007) |
| 03/14/2007 | 13 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered (Urso, |

|  |  | Lisa) Additional attachment(s) added on 4/17/2007 (Johnson, Jay). (Entered: 03/14/2007) |
|---|---|---|
| 04/12/2007 | 14 | NOTICE OF APPEAL as to 12 Memorandum & Opinion, 13 Judgment by Gerald Malone NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/2/2007. (Demissie, Derege) (Entered: 04/12/2007) |