UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10283-RWZ

GERALD MALONE

v.

KATHLEEN M. DENNEHY

ORDER ON MOTION FOR CERTIFICATE OF APPEALABILITY

August 21, 2007

ZOBEL, D.J.

Petitioner for a writ of habeas corpus, Gerald Malone, was convicted in the state court by a jury of rape of a child and indecent assault and battery on a person under the age of 14. After exhausting the state appellate process he filed the instant petition in which he claims that his trial counsel was constitutionally ineffective. I denied the writ and petitioner now seeks a certificate of appealability. The alleged deficiency was the failure to call as a witness the police officer who initially interviewed the victim and who apparently received information at variance with that the victim recounted at the trial. While I continue to adhere to my judgment that counsel was not ineffective, it is a judgment with which another may reasonably disagree. Accordingly, the certificate of appealability is granted only as to the issue, whether defense counsel was ineffective by failing to call the officer.

|  |  |
|---|---|
| August 21, 2007 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |