# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. __04-CV-10283-RWZ__
Appeal No. __07-1613__

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _Gerald H. Malone_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br> Date: __9-25-07__ |

**My issues on appeal are:**


1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1500/month | $ N/A | $ 1500 | $ N/A |
| Self-employment | $ -0- | $ N/A | $ -0- | $ N/A |
| Income from real property (such as rental income) | $ -0- | $ N/A | $ -0- | $ N/A |
| Interest and dividends | $ -0- | $ N/A | $ -0- | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ -0- | $ N/A | $ -0- | $ N/A |
| Alimony | $ -0- | $ N/A | $ -0- | $ N/A |
| Child support | $ -0- | $ N/A | $ -0- | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ -0- | $ N/A | $ -0- | $ N/A |
| Disability (such as social security, insurance payments) | $ -0- | $ N/A | $ -0- | $ N/A |
| Unemployment payments | $ -0- | $ N/A | $ -0- | $ N/A |
| Public-assistance (such as welfare) | $ -0- | $ N/A | $ -0- | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ 15.00 | $ | $ $15.00 | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. *How much cash do you and your spouse have?* $ 28⁴⁸ D.O.C Personal Acct

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Correctional Inst | Savings, D.O.C | $ 355⁵⁶ | $ N/A |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home** (Value): N/A

**Other real estate** (Value): N/A

**Motor Vehicle #1** (Value)
Make & year: N/A
Model:
Registration#:

**Motor Vehicle #2** (Value)
Make & year: N/A
Model:
Registration#:

**Other assets** (Value): N/A

**Other assets** (Value): N/A

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Esther Deket | mother | 70 years old |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ ~~$100.00~~ $10.00 | $ N/A |
| Laundry and dry-cleaning | $ ~~...~~ N/A | $ N/A |
| Medical and dental expenses | $ N/A co-payment $1.00 | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): None | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): None | $ N/A | $ N/A |
| Department store (name): None | $ N/A | $ N/A |
| Other: None | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): None | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 11.00 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No            If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☒ No

If yes, how much?  $ N/A

If yes, state the attorney's name, address, and telephone number:
_____
_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much?  $ N/A

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

None

5

*13. State the address of your legal residence.*

GERALD H. MALONE
500 Colony Rd, GARDNER, MA, 01440
North Central Correctional Inst

Your daytime phone number: (___) ___

Your age: 48     Your years of schooling: G.E.D.

6

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20070925 14:23

| Commit# : | W68829 | | NCCI GARDNER | Page : 1 |
| Name : | MALONE, GERALD, H. | Statement From | 20070301 | |
| Inst : | NCCI GARDNER | To | 20070925 | |
| Block : | G BUILDING 2 | | | |
| Cell/Bed : | 34 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $5,261.35 | $5,178.41 | $782.27 | $433.73 |
| 20070307 21:03 | PY - Payroll | 8337046 | | GAR | ~20070218 To 20070224 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070307 21:03 | PY - Payroll | 8337047 | | GAR | ~20070218 To 20070224 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070309 10:31 | EX - External Disbursement | 8356467 | 45168 | GAR | ~PRISON PEN PALS | $0.00 | $15.95 | $0.00 | $0.00 |
| 20070309 10:31 | MA - Maintenance and Administration | 8356469 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8380117 | | GAR | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8380118 | | GAR | | $0.00 | $0.00 | $1.92 | $0.00 |
| 20070314 21:02 | PY - Payroll | 8393013 | | GAR | ~20070225 To 20070303 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070314 21:02 | PY - Payroll | 8393014 | | GAR | ~20070225 To 20070303 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070314 22:30 | CN - Canteen | 8402615 | | GAR | ~Canteen Date : 20070314 | $0.00 | $8.72 | $0.00 | $0.00 |
| 20070321 08:41 | ML - Mail | 8425990 | | GAR | ~MILLER, PATRICIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070321 09:22 | EX - External Disbursement | 8426276 | 45362 | GAR | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $11.40 | $0.00 | $0.00 |
| 20070321 21:03 | PY - Payroll | 8428601 | | GAR | ~20070304 To 20070310 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070321 21:03 | PY - Payroll | 8428602 | | GAR | ~20070304 To 20070310 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070321 22:30 | CN - Canteen | 8438136 | | GAR | ~Canteen Date : 20070321 | $0.00 | $14.50 | $0.00 | $0.00 |
| 20070328 09:09 | ML - Mail | 8459427 | | GAR | ~MILLER, PATRICIA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070328 21:04 | PY - Payroll | 8461610 | | GAR | ~20070311 To 20070317 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070328 21:04 | PY - Payroll | 8461611 | | GAR | ~20070311 To 20070317 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070328 22:30 | CN - Canteen | 8471247 | | GAR | ~Canteen Date : 20070328 | $0.00 | $18.54 | $0.00 | $0.00 |
| 20070329 10:32 | EX - External Disbursement | 8473079 | 45440 | GAR | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $10.40 | $0.00 | $0.00 |
| 20070404 21:02 | PY - Payroll | 8502873 | | GAR | ~20070318 To 20070324 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070404 21:02 | PY - Payroll | 8502874 | | GAR | ~20070318 To 20070324 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070404 22:30 | CN - Canteen | 8512428 | | GAR | ~Canteen Date : 20070404 | $0.00 | $15.61 | $0.00 | $0.00 |
| 20070411 10:36 | ML - Mail | 8541675 | | GAR | ~MILLER, PATRICIA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070411 10:36 | MA - Maintenance and Administration | 8541678 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070411 21:03 | PY - Payroll | 8543561 | | GAR | ~20070325 To 20070331 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070411 21:04 | PY - Payroll | 8543562 | | GAR | ~20070325 To 20070331 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070411 22:30 | CN - Canteen | 8553735 | | GAR | ~Canteen Date : 20070411 | $0.00 | $16.14 | $0.00 | $0.00 |
| 20070418 21:03 | PY - Payroll | 8578689 | | GAR | ~20070401 To 20070407 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070418 21:03 | PY - Payroll | 8578690 | | GAR | ~20070401 To 20070407 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070418 22:30 | CN - Canteen | 8588733 | | GAR | ~Canteen Date : 20070418 | $0.00 | $27.13 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20070925 14:23

| Commit# : | W68829 | | | NCCI GARDNER | | | Page: 2 |
| Name : | MALONE, GERALD, H. | | | Statement From | 20070301 | | |
| Inst : | NCCI GARDNER | | | To | 20070925 | | |
| Block : | G BUILDING 2 | | | | | | |
| Cell/Bed : | 34 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070419 15:08 | IC - Transfer from Inmate to Club A/c | 8590915 | | GAR | ~MEDICAL CO-PAYMENT RN & MEDS 4-10-07~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $9.00 | $0.00 | $0.00 |
| 20070419 15:08 | AT - Account Transfer | 8590914 | | GAR | ~MEDICAL CO-PAYMENT~W68829 MALONE,GERALD H PERSONAL | $9.00 | $0.00 | $0.00 | $9.00 |
| 20070419 15:20 | AT - Account Transfer | 8590946 | | GAR | ~MEDICAL CO-PAYMENT~W68829 MALONE,GERALD H PERSONAL | $6.00 | $0.00 | $0.00 | $6.00 |
| 20070419 15:21 | IC - Transfer from Inmate to Club A/c | 8590947 | | GAR | ~MEDICAL CO-PAYMENT RN & MED 4-12-07~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8595123 | | GAR | | $0.46 | $0.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8595124 | | GAR | | $0.00 | $0.00 | $2.28 | $0.00 |
| 20070423 09:03 | ML - Mail | 8614930 | | GAR | ~MILLER, PATRICIA, , | $35.00 | $0.00 | $0.00 | $0.00 |
| 20070424 09:43 | ML - Mail | 8621510 | | GAR | ~MILLER, PATRICIA, , | $35.00 | $0.00 | $0.00 | $0.00 |
| 20070425 21:03 | PY - Payroll | 8629425 | | GAR | ~20070408 To 20070414 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070425 21:03 | PY - Payroll | 8629426 | | GAR | ~20070408 To 20070414 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070425 22:30 | CN - Canteen | 8638974 | | GAR | ~Canteen Date : 20070425 | $0.00 | $37.22 | $0.00 | $0.00 |
| 20070430 11:12 | EX - External Disbursement | 8650723 | 45770 | GAR | ~SHEILA WOOD | $0.00 | $43.00 | $0.00 | $0.00 |
| 20070502 21:02 | PY - Payroll | 8667044 | | GAR | ~20070415 To 20070421 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070502 21:02 | PY - Payroll | 8667045 | | GAR | ~20070415 To 20070421 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070502 22:30 | CN - Canteen | 8676675 | | GAR | ~Canteen Date : 20070502 | $0.00 | $6.30 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8711551 | | GAR | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8711552 | | GAR | | $0.00 | $0.00 | $2.27 | $0.00 |
| 20070509 21:03 | PY - Payroll | 8724812 | | GAR | ~20070422 To 20070428 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070509 21:03 | PY - Payroll | 8724813 | | GAR | ~20070422 To 20070428 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070509 22:30 | CN - Canteen | 8733455 | | GAR | ~Canteen Date : 20070509 | $0.00 | $21.27 | $0.00 | $0.00 |
| 20070511 14:09 | VC - Voided Check | 8743816 | 45770 | GAR | ~SHEILA WOOD | $43.00 | $0.00 | $0.00 | $0.00 |
| 20070514 11:22 | ML - Mail | 8748309 | | GAR | ~W., ANNETTE, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20070514 11:22 | MA - Maintenance and Administration | 8748311 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070516 21:02 | PY - Payroll | 8761671 | | GAR | ~20070429 To 20070505 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070516 21:02 | PY - Payroll | 8761672 | | GAR | ~20070429 To 20070505 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070516 22:30 | CN - Canteen | 8771477 | | GAR | ~Canteen Date : 20070516 | $0.00 | $11.88 | $0.00 | $0.00 |
| 20070517 10:01 | ML - Mail | 8772768 | | GAR | ~MALONE, KELLY, , | $80.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070925 14:23

| | | | | | | Page : 3 |
|---|---|---|---|---|---|---|
| Commit# : | W68829 | | | NCCI GARDNER | | |
| Name : | MALONE, GERALD, H. | | | Statement From | 20070301 | |
| Inst : | NCCI GARDNER | | | To | 20070925 | |
| Block : | G BUILDING 2 | | | | | |
| Cell/Bed : | 34 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070521 13:16 | CI - Transfer from Club to Inmate A/c | 8784291 | | GAR | ~CANTEEN REFUND 5-15-07~W68829 MALONE,GERALD H PERSONAL~KCN WASH ACCOUNT - Z5 | $0.40 | $0.00 | $0.00 | $0.00 |
| 20070523 21:02 | PY - Payroll | 8796525 | | GAR | ~20070506 To 20070512 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070523 21:02 | PY - Payroll | 8796526 | | GAR | ~20070506 To 20070512 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070523 22:30 | CN - Canteen | 8806283 | | GAR | ~Canteen Date : 20070523 | $0.00 | $20.63 | $0.00 | $0.00 |
| 20070530 21:02 | PY - Payroll | 8827747 | | GAR | ~20070513 To 20070519 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070530 21:02 | PY - Payroll | 8827748 | | GAR | ~20070513 To 20070519 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070530 22:30 | CN - Canteen | 8837683 | | GAR | ~Canteen Date : 20070530 | $0.00 | $15.17 | $0.00 | $0.00 |
| 20070605 10:04 | ML - Mail | 8859156 | | GAR | ~MILLER, PATRICIA, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20070605 10:04 | MA - Maintenance and Administration | 8859158 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| 20070606 21:02 | PY - Payroll | 8868864 | | GAR | ~20070520 To 20070526 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070606 21:02 | PY - Payroll | 8868865 | | GAR | ~20070520 To 20070526 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070606 22:30 | CN - Canteen | 8878696 | | GAR | ~Canteen Date : 20070606 | $0.00 | $20.06 | $0.00 | $0.00 |
| 20070608 11:31 | EX - External Disbursement | 8888343 | 46169 | GAR | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $29.95 | $0.00 | $0.00 |
| 20070611 14:33 | IC - Transfer from Inmate to Club A/c | 8895879 | | GAR | ~FATHER'S DAY PHOTOS~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20070613 14:31 | EX - External Disbursement | 8907925 | 46223 | GAR | ~Edward R. Hamilton Bookseller | $0.00 | $3.50 | $0.00 | $0.00 |
| 20070613 15:06 | VC - Voided Check | 8907982 | 46223 | GAR | ~Edward R. Hamilton Bookseller | $3.50 | $0.00 | $0.00 | $0.00 |
| 20070613 15:17 | EX - External Disbursement | 8908088 | 46238 | GAR | ~Edward R. Hamilton Bookseller | $0.00 | $3.50 | $0.00 | $0.00 |
| 20070613 21:01 | PY - Payroll | 8908465 | | GAR | ~20070527 To 20070602 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070613 21:01 | PY - Payroll | 8908466 | | GAR | ~20070527 To 20070602 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070613 22:30 | CN - Canteen | 8917776 | | GAR | ~Canteen Date : 20070613 | $0.00 | $17.52 | $0.00 | $0.00 |
| 20070614 15:58 | IS - Interest | 8926034 | | GAR | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20070614 15:58 | IS - Interest | 8926035 | | GAR | | $0.00 | $0.00 | $1.53 | $0.00 |
| 20070620 21:02 | PY - Payroll | 8961566 | | GAR | ~20070603 To 20070609 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070620 21:02 | PY - Payroll | 8961567 | | GAR | ~20070603 To 20070609 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070620 22:30 | CN - Canteen | 8971160 | | GAR | ~Canteen Date : 20070620 | $0.00 | $20.11 | $0.00 | $0.00 |
| 20070622 08:51 | ML - Mail | 8977713 | | GAR | ~MILLER, PATRICIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070627 21:06 | PY - Payroll | 8995225 | | GAR | ~20070610 To 20070616 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070627 21:07 | PY - Payroll | 8995226 | | GAR | ~20070610 To 20070616 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070627 22:30 | CN - Canteen | 9004805 | | GAR | ~Canteen Date : 20070627 | $0.00 | $18.71 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070925 14:23

| | | | | |
|---|---|---|---|---|
| Commit#: | W68829 | | NCCI GARDNER | Page: 4 |
| Name: | MALONE, GERALD, H. | Statement From | 20070301 | |
| Inst: | NCCI GARDNER | To | 20070925 | |
| Block: | G BUILDING 2 | | | |
| Cell/Bed: | 34 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070704 21:02 | PY - Payroll | 9031479 | | GAR | ~20070617 To 20070623 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070704 21:02 | PY - Payroll | 9031480 | | GAR | ~20070617 To 20070623 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070711 09:02 | ML - Mail | 9071438 | | GAR | ~MALONE, CALLIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070711 09:02 | MA - Maintenance and Administration | 9071440 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070711 15:53 | IS - Interest | 9077993 | | GAR | | $0.39 | $0.00 | $0.00 | $0.00 |
| 20070711 15:53 | IS - Interest | 9077994 | | GAR | | $0.00 | $0.00 | $1.39 | $0.00 |
| 20070711 21:03 | PY - Payroll | 9091363 | | GAR | ~20070624 To 20070630 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070711 21:03 | PY - Payroll | 9091364 | | GAR | ~20070624 To 20070630 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070716 13:20 | ML - Mail | 9114373 | | GAR | ~MILLER, PATRICIA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070716 13:54 | ML - Mail | 9114929 | | GAR | ~SCHAFFER, SHIRLEY, , | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070718 21:02 | PY - Payroll | 9127313 | | GAR | ~20070701 To 20070707 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070718 21:02 | PY - Payroll | 9127314 | | GAR | ~20070701 To 20070707 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070718 22:30 | CN - Canteen | 9137051 | | GAR | ~Canteen Date : 20070718 | $0.00 | $26.60 | $0.00 | $0.00 |
| 20070719 14:08 | IC - Transfer from Inmate to Club A/c | 9139522 | | GAR | ~APPLIANCE PURCHASE~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $162.90 | $0.00 | $0.00 |
| 20070725 21:03 | PY - Payroll | 9161286 | | GAR | ~20070708 To 20070714 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070725 21:03 | PY - Payroll | 9161287 | | GAR | ~20070708 To 20070714 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070801 21:05 | PY - Payroll | 9196072 | | GAR | ~20070715 To 20070721 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070801 21:05 | PY - Payroll | 9196073 | | GAR | ~20070715 To 20070721 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070801 22:30 | CN - Canteen | 9205580 | | GAR | ~Canteen Date : 20070801 | $0.00 | $6.01 | $0.00 | $0.00 |
| 20070806 16:51 | IS - Interest | 9227303 | | GAR | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20070806 16:51 | IS - Interest | 9227304 | | GAR | | $0.00 | $0.00 | $1.90 | $0.00 |
| 20070808 21:03 | PY - Payroll | 9254622 | | GAR | ~20070722 To 20070728 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070808 21:03 | PY - Payroll | 9254623 | | GAR | ~20070722 To 20070728 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070808 22:30 | CN - Canteen | 9264224 | | GAR | ~Canteen Date : 20070808 | $0.00 | $4.35 | $0.00 | $0.00 |
| 20070814 09:15 | ML - Mail | 9283239 | | GAR | ~MILLER, PATRICIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070814 09:15 | MA - Maintenance and Administration | 9283242 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070815 21:02 | PY - Payroll | 9291982 | | GAR | ~20070729 To 20070804 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070815 21:02 | PY - Payroll | 9291983 | | GAR | ~20070729 To 20070804 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070815 22:30 | CN - Canteen | 9301657 | | GAR | ~Canteen Date : 20070815 | $0.00 | $1.16 | $0.00 | $0.00 |
| 20070816 09:48 | EX - External Disbursement | 9302939 | 46823 | GAR | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $23.35 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20070925 14:23

| Commit#: | W68829 | | | NCCI GARDNER | | Page: 5 |
| Name: | MALONE, GERALD, H. | | Statement From | 20070301 | | |
| Inst: | NCCI GARDNER | | To | 20070925 | | |
| Block: | G BUILDING 2 | | | | | |
| Cell/Bed: | 34 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070822 21:04 | PY - Payroll | 9326322 | | GAR | ~20070805 To 20070811 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070822 21:04 | PY - Payroll | 9326323 | | GAR | ~20070805 To 20070811 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070829 21:05 | PY - Payroll | 9359633 | | GAR | ~20070812 To 20070818 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070829 21:05 | PY - Payroll | 9359634 | | GAR | ~20070812 To 20070818 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070829 22:30 | CN - Canteen | 9367159 | | GAR | ~Canteen Date : 20070829 | $0.00 | $5.47 | $0.00 | $0.00 |
| 20070905 21:03 | PY - Payroll | 9396991 | | GAR | ~20070819 To 20070825 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070905 21:03 | PY - Payroll | 9396992 | | GAR | ~20070819 To 20070825 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070905 22:30 | CN - Canteen | 9406176 | | GAR | ~Canteen Date : 20070905 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20070906 16:38 | IS - Interest | 9414818 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20070906 16:38 | IS - Interest | 9414819 | | GAR | | $0.00 | $0.00 | $2.00 | $0.00 |
| 20070910 09:55 | ML - Mail | 9437998 | | GAR | ~MALONE, CALLIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070910 09:55 | MA - Maintenance and Administration | 9438008 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070910 11:06 | EX - External Disbursement | 9439534 | 47006 | GAR | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $21.35 | $0.00 | $0.00 |
| 20070912 21:03 | PY - Payroll | 9454599 | | GAR | ~20070826 To 20070901 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070912 21:03 | PY - Payroll | 9454600 | | GAR | ~20070826 To 20070901 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070912 22:30 | CN - Canteen | 9463410 | | GAR | ~Canteen Date : 20070912 | $0.00 | $9.92 | $0.00 | $0.00 |
| 20070919 21:04 | PY - Payroll | 9491005 | | GAR | ~20070902 To 20070908 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070919 21:04 | PY - Payroll | 9491006 | | GAR | ~20070902 To 20070908 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070919 22:30 | CN - Canteen | 9498860 | | GAR | ~Canteen Date : 20070919 | $0.00 | $4.47 | $0.00 | $0.00 |
| 20070920 10:56 | AT - Account Transfer | 9502185 | | GAR | ~PER SUPERINTENDENT~W68829 MALONE,GERALD H PERSONAL | $100.00 | $0.00 | $0.00 | $100.00 |
| 20070920 11:07 | IC - Transfer from Inmate to Club A/c | 9502277 | | GAR | ~CLOTHING PURCHASE~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $101.51 | $0.00 | $0.00 |
| 20070925 | ML - Mail | 9512589 | | GAR | ~MILLER, PATRICIA, , | $5.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $753.34 | $807.80 | $122.04 | $115.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $28.48 | $355.58 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20070925 14:23

| | | | |
|---|---|---|---|
| Commit# : | W68829 | NCCI GARDNER | Page: 6 |
| Name : | MALONE, GERALD H | Statement From 20070301 | |
| Inst : | NCCI GARDNER | To 20070925 | |
| Block : | G BUILDING 2 | | |
| Cell/Bed : | 34 /A | | |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $28.48 | $355.58 | $0.00 | $0.00 | $0.00 | $0.00 |