# United States Court of Appeals
## For the First Circuit

No. 07-1613

GERALD MALONE,
Petitioner, Appellant,

v.

HAROLD W. CLARKE,*
COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS,
Respondent, Appellee.

**JUDGMENT**

Entered: August 1, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Gerald Malone's habeas petition is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/27/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Eva Badway and Derege Demissie.

_____

* Pursuant to Fed. R. App. P. 43(c)(2), Harold W. Clarke has been substituted for his predecessor Kathleen M. Dennehy, as Commissioner of the Massachusetts Department of Corrections.